178

EDWARD GABRIEL *et al.*, Plaintiffs-Appellees, *v.* EDWARD J. SUESS, Defendant-Appellant.

(No. 57303;

First District (5th Division)—February 9, 1973.

*Modified upon denial of rehearing March 6, 1973.*

PER CURIAM.

Collins & Amos, of Chicago, for appellant.

Silverstein & Stein, of Chicago, for appellees.

ILLINOIS CONFERENCE OF THE UNITED CHURCH OF CHRIST and JOHN ZEHR, by William Zehr, His Father and Next Friend, Plaintiffs-Appellees, *v.* FIDELITY AND CASUALTY COMPANY OF NEW YORK, Defendant-Appellant.

(No. 56160;

First District (5th Division)—February 2, 1973.

*Rehearing denied March 7, 1973.*